UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHAWN FRANCIS,

    Plaintiff,

v.

STEVEN HAMMOND et al.

    Defendant.

CASE NO. C12-6023 RBL-JRC

ORDER GRANTING INJUNCTIVE RELIEF

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's motion for injunctive relief is granted in part consistent with the Report and Recommendation. The Washington State Department of Corrections will make arraignments to have plaintiff's right shoulder fully evaluated by an outside orthopedic specialist within 21 days of this order being signed.

//

//

//

1    (3)    The results of the orthopedic examination will be shared between the Department of Correction, plaintiff, and plaintiff's counsel.

DATED this 10th day of April, 2013.

*Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER GRANTING INJUNCTIVE RELIEF - 2