UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHAWN FRANCIS,<br><br>              Plaintiff,<br><br>    v.<br><br>G. STEVEN HAMMOND, M.D., Chief Medical Officer, Washington Department of Corrections, in his individual and official capacities; SARA SMITH, M.D., Former Facility Medical Director, Stafford Creek Corrections Center, in her individual capacity; et al.,<br><br>              Defendants. | CASE NO. C12-6023-RBL-JRC<br><br>ORDER |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The Court denies plaintiff's motion for partial summary judgment, grants defendants' motion for summary judgment. The Court dismisses all claims with prejudice.

DATED this 14th day of April, 2015.

*Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1